**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000543**
**02-MAR-2016**
**09:33 AM**

NO. CAAP-15-0000543

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DORIS ANN TABION, Plaintiff-Appellant, v.
DAVID LEONARD TABION, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 9221)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of *pro se* Plaintiff-Appellant Doris Ann Tabion's (Appellant) letter, filed February 25, 2016, which the court construes as a motion for reconsideration of the December 18, 2015 order dismissing the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30 (Motion), the papers in support, and the record, it appears that:  (1) HRAP Rule 40(a) requires a motion for reconsideration to be filed within ten days after filing of the dispositional order, "unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved[;]" (2) a motion for reconsideration of the December 18, 2015 order was due on or before December 28, 2015; and (3) Appellant did not obtain an

extension to file a motion for reconsideration before the ten-day deadline expired.

Therefore, IT IS HEREBY ORDERED that the Motion is denied as untimely.

DATED: Honolulu, Hawai'i, March 2, 2016.


Chief Judge

Associate Judge

Associate Judge